**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 9, 2015

Hon. Michael E. Welborn
District Attorney
P. O. Box 1393
Sinton, Tx 78387-1393
\* DELIVERED VIA E-MAIL \*

Bryan Solis
TDCJ-ID# 01905178
1203 El Cibolo Rd., Lopez Unit
Edinburg, TX 78542

Hon. Rick Holstein
Attorney At Law
819 North Upper Broadway
Corpus Christi, TX 78401
\* DELIVERED VIA E-MAIL \*

Re:  Cause No. 13-14-00008-CR
Tr.Ct.No.  A-13-5017-3-CR
Style:  Bryan Solis v. The State of Texas

The above-referenced cause has been set for submission without oral argument on Friday, January 23, 2015, before a panel consisting of Justice Gina M. Benavides, Justice Gregory T. Perkes and Justice Nora Longoria.  Pursuant to TEX. R. APP. P. 2, the Court suspends the 21 day notice requirement of Rule 39.8.  *See* TEX. R. APP. P. 2 (allowing appellate courts to suspend a rule's operation in a particular case and order a different procedure); TEX. R. APP. P. 39.8 (delineating notification requirements regarding submission of a cause).

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch